SCREENING REPORT
 

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
 William Dallis,       
 Appellant.
 
 
 

Appeal From Aiken 
 County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2005-UP-181
Submitted March 1, 2005  Filed March 
 11, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, Office of 
 Appellate Defense, of Columbia.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, 
 of Aiken, for Respondent.
 
 
 

PER CURIAM: William Dallis appeals   after 
 pleading guilty to criminal sexual conduct in the first degree, and kidnapping.  
 Dallis argues his pleas were not made knowingly or voluntarily and thus, did 
 not comply with the requirements of Boykin v. Alabama, 395 U.S. 238 (1969).  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Dallis counsel 
 attached a petition to be relieved stating that she has reviewed the record 
 and found the appeal to be without merit.  Dallis did not file a separate pro 
 se brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.